# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 733 MAL 2015

Respondent   :

  :    Petition for Allowance of Appeal from
  :    the Order of the Superior Court

v.   :

JUAN JOSE PEREZ,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.